IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LORINDA WINEBERG,<br><br>    Plaintiff,<br><br>v.<br><br>FAMILY DOLLAR STORES OF GEORGIA, LLC; FAMILY DOLLAR STORES OF GEORGIA, INC.; MBC DEVELOPMENT, LP; MBC PROPERTIES, LP; DOLLAR TREE STORES, INC.; ALEXANDRIA VENTURES II, LLC; MBC GRINGS HILL, LP; and X, Y INDIVIDUAL(S) AND Z CORPORATION(S), whose true name(s) are unknown to Plaintiff,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:21-CV-0749-MHC |

## ORDER

This case comes before the Court on the Consent Motion for Dismissal Without Prejudice of Fewer Than All Parties [Doc. 22], wherein the Parties jointly request that the Court dismiss the following named Defendants: (1) Family Dollar Stores of Georgia, Inc.; (2) MBC Development, LP; (3) MBC Properties, LP; (4) Dollar Tree Stores, Inc.; and (5) Alexandria Ventures II, LLC.

Accordingly, it is hereby **ORDERED** that the Consent Motion for Dismissal Without Prejudice of Fewer Than All Parties [Doc. 22] is **GRANTED**. The remaining Defendants in this action are Family Dollar Stores of Georgia, LLC, MBC Grings Hill, LP,[1] and X, Y, Individual(s) and/or Z Corporation(s).

**IT IS SO ORDERED** this 6th day of May, 2021.

*/s/ Mark H. Cohen*
MARK H. COHEN
United States District Judge

---

[1] Defendant MBC Grings Hill, LP was not named in the initial Complaint [Doc. 1-1] that was filed with the Notice of Removal. However, Plaintiff filed her First Amended Complaint [Doc. 23 at 7-19] in state court on February 16, 2021, adding Defendant MBC Grings Hill, LP to the action. The First Amended Complaint was provided to the Court on May 5, 2021. See Consent Supplementation of Federal Ct. Docket/R. In This Matter [Doc. 23].